|                                          |   |                     |
|------------------------------------------|---|---------------------|
|                                          | * |                     |
| ATTORNEY GRIEVANCE                       | * | IN THE              |
| COMMISSION OF MARYLAND                   |   | SUPREME COURT       |
|                                          | * |                     |
|                                          |   | OF MARYLAND         |
| v.                                       | * |                     |
|                                          |   | AG No. 35           |
| JEFFREY STEPHEN GOLDSTEIN                 | * |                     |
|                                          |   | September Term, 2023 |
|                                          | * |                     |

**O R D E R**

Upon consideration of the Joint Petitions for Disbarment by Consent filed by Bar Counsel and Respondent, Jeffrey Stephen Goldstein, on March 11, 2024 and March 18, 2024, respectively, in the above-captioned case, in which the parties jointly petition this Court to disbar Respondent pursuant to Rule 19-736(b) and advise that Respondent agrees that his conduct as described in the joint petitions violates Maryland Attorneys' Rules of Professional Conduct Rules 1.15 (Safekeeping Property) and 8.4(a), (c), and (d) (Misconduct), Maryland Rules 19-407(a)(2) (Attorney Trust Account Record-Keeping) and 19-410(a) and (b) (Prohibited Transactions), and Maryland Code, Business Occupations & Professions § 10-306 and that the appropriate disposition would be disbarment, and request that the Court order Respondent disbarred effective March 31, 2024 or on the date of the order from this Court, whichever is later, it is this 19th day of March 2024,

ORDERED that the Joint Petition for Disbarment by Consent filed on March 11, 2024 has been rendered moot by the filing of the Joint Petition for Disbarment by Consent

on March 18, 2024; and it is further

ORDERED, by the Supreme Court of Maryland, that, the Joint Petition for Disbarment by Consent filed on March 18, 2024 is GRANTED, and the Respondent, Jeffrey Stephen Goldstein, is hereby DISBARRED, effective March 31, 2024; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Jeffrey Stephen Goldstein from the register of attorneys maintained by the Clerk and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761; and it is further

ORDERED, that in light of the parties' request in the joint petition filed on March 18, 2024 that this Court order Respondent to pay costs incurred by the Attorney Grievance Commission in the amount of $815.00, the Attorney Grievance Commission file a statement of costs under Maryland Rule 19-709 describing the basis for the $815.00 in costs on or before April 19, 2024.

/s/ Shirley M. Watts
Senior Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

Gregory Hilton, Clerk

2